Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>RANDALL T. SHANNON, TRUSTEE OF THE SHANNON FAMILY TRUST, DATED June 8, 1999, et al.,<br><br>    Defendants. | No. 1:13-cv-00952-LJO-GSA<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON** |

**WHEREAS,** Plaintiff Ronald Moore ("Plaintiff") seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on December 3, 2013, as permitted by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and required by *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendants, Randall T. Shannon, Trustee of the Shannon Family Trust, dated June 8, 1999; Judith Ann Shannon, Trustee of the Shannon Family Trust, dated June 8, 1999; and Antonio Gonzalez (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
ORDER THEREON

Page 1

1    **WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated December 19, 2013 (ECF No. 17) pursuant to Fed. R. Civ. P. 16(b)(4);

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  January 27, 2014          MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff
                                  Ronald Moore

Dated:  January 27, 2014          MICHAEL WELCH + ASSOCIATES

                                  */s/ Michael D. Welch*
                                  Michael D. Welch
                                  Attorneys for Defendants
                                  Randall T. Shannon, Trustee of the Shannon
                                  Family Trust, dated June 8, 1999; and Judith Ann
                                  Shannon, Trustee of the Shannon Family Trust,
                                  dated June 8, 1999

Dated:  January 27, 2014          LAW OFFICE OF KEVIN SCHWIN

                                  */s/ Kevin Schwin*
                                  Kevin Schwin
                                  Attorney for Defendant
                                  Antonio Gonzalez

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **February 4, 2014**         /s/ Gary S. Austin
                                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
ORDER THEREON